IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-111-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.    SUED BLADEMIR TURCIOS-ARRAZOLA,**

Defendant.

---

## ORDER FOR AMENDED JUDGMENT

Kane, J.

Consistent with the United States Court of Appeals' Order and Judgment, and subsequent Mandate entered in this case, it is

**ORDERED** that the Judgement (doc. #27) entered in this case shall be AMENDED to correct the statement of reasons in the written judgment to reflect the 30- to 37-month range calculated at sentencing.

Dated this 2nd day of July, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court